Patricia HUNT, et al., Appellant,

v.

**NORFOLK SOUTHERN CORPORATION,**
Respondent.

**No. WD 61175.**

Missouri Court of Appeals,
Western District.

March 25, 2003.

George Michael O'Neal, Kansas City, for appellant.

Richard F. Nash, St. Louis, for respondent.

Before EDWIN H. SMITH, P.J., PAUL M. SPINDEN, and JAMES M. SMART, JR., JJ.

**ORDER**

PER CURIAM.

Plaintiffs Patricia Hunt, Rex Alan Grice, and Phillip Anthony Randolph appeal the trial court's granting of Norfolk Southern Railroad's motion for summary judgment on their claim under the Federal Employers' Liability Act. Judgment is affirmed. Rule 84.16(b).